IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| SHEYLA ZAPATA-ALVAREZ | : | CIVIL ACTION | **FILED** |
| | : | | |
| v. | : | No. 14-2830 | SEP – 4 2015 |
| | : | | |
| CAROLYN W. COLVIN,[1] | : | | MICHAEL E. KUNZ, Clerk |
| *Acting Commissioner of Social Security* | : | | By_____Dep. Clerk |

## ORDER

AND NOW, this 4th day of September, 2015, upon consideration of Plaintiff Sheyla Zapata-Alvarez's brief and statement of issues in support of request for review, Defendant's response thereto, and Zapata-Alvarez's reply, and after careful review of the Report and Recommendation of United States Magistrate Linda K. Caracappa, to which no objections have been filed,[2] it is ORDERED:

1.	The Report and Recommendation (Document 15) is APPROVED and ADOPTED;

2.	Zapata-Alvarez's request for review is GRANTED in part and DENIED in part; and

3.	The case is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further review consistent with Judge Caracappa's Report and Recommendation.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Federal Rule of Civil Procedure 25(d), Colvin is substituted for Michael J. Astrue as the Defendant in this case.

[2] The Report and Recommendation was sent to all parties of record on April 16, 2015, together with a Notice from the Clerk of Court advising the parties of their obligation to file any objections within fourteen days after service thereof. *See* Local R. Civ. P. 72.1 IV(b) ("Any party may object to a magistrate judge's proposed findings, recommendations or report under 28 U.S.C. § 636(b)(1)(B) . . . within fourteen (14) days after being served with a copy thereof."). As of today's date, no objections have been filed.

BY THE COURT:

Juan R. Sánchez, J.